```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION

DAY                              :
                                 :
          vs.                    : CIVIL ACTION
                                 : NO.  1:04-cv-3304-JOF
                                 :
ORTHODONTIC CENTERS OF AMERICA,  :
INC., et al
```

**O R D E R**

The Court has been advised that the above-styled action cannot proceed to trial and disposition because the defendants, OCA, Inc. and Orthalliance, Inc., are involved in an action in the Bankruptcy Court, and that there is, consequently, a stay of the instant action.

The clerk of court will mark this case closed for statistical purposes, but the Court will retain jurisdiction. The case will be restored to the trial docket upon motion of a party if circumstances change so that it may proceed to a final disposition. This order shall not prejudice the rights of the parties to this litigation in any manner.

IT IS SO ORDERED this the 20TH day of March, 2006.

/s/ J. Owen Forrester
J. OWEN FORRESTER
SENIOR UNITED STATES DISTRICT JUDGE